# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-cr-37 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| KEVIN SEAN THOMAS | ) | Magistrate Judge Michael J. Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court:  (1) grant Defendant's motion to withdraw his not guilty plea to Count Two in the Indictment; (2) accept Defendant's guilty plea to Count Two in the Indictment; (3) adjudicate Defendant guilty of Count Two in the Indictment; (4) defer a decision on whether to accept the plea agreement (Doc. 17) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 25).  Neither party filed a timely objection to the report and recommendation.  After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 25) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Two in the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two in the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two in the Indictment;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **November 20, 2026, at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

**/s/ Travis R. McDonough**
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**